**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 0 1 2017

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
_Little Rock_ DIVISION

CASE NO. _4:17CV561-BRW-PSH_

This case assigned to District Judge _Wilson_
and to Magistrate Judge _Harris_

Jury Trial: ☑ Yes ☐ No
(Check One)

I.   Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.

    A.   Name of plaintiff: _Mitchell L. Null Jr._
        ADC # _____
        _Faulkner County Jail_
        Address: _801 Locust Street, Conway, Ar. 72034_

        Name of plaintiff: _N/A_
        ADC # _____

        Address: _N/A_

        Name of plaintiff: _N/A_
        ADC # _____

        Address: _N/A_

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

    B.   Name of defendant: _Tim Ryals,_
        Position: _Sheriff of Faulkner County_
        Place of employment: _Faulkner County Sheriff's Office_
        Address: _____
        Name of defendant: _Gary Stewart_
        Position: _Jail Doctor_

Place of employment: _Faulkner County Jail_

Address: _801 Locust Street, Conway, Ar. 72034_

Name of defendant: _N/A_

Position: _N/A_

Place of employment: _N/A_

Address: _N/A_

Name of defendant: _N/A_

Position: _N/A_

Place of employment: _N/A_

Address: _N/A_

II.   Are you suing the defendants in:

☐   official capacity only
☐   personal capacity only
☑   both official and personal capacity

III.   Previous lawsuits

A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ✓

B.   If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐   Parties to the previous lawsuit:

Plaintiffs: _N/A_

Defendants: _N/A_

-5-

☐     Court (if federal court, name the district; if state court, name the county):

     _N/A_

☐     Docket Number: _N/A_

☐     Name of judge to whom case was assigned: _N/A_

☐     Disposition: (for example: Was the case dismissed?  Was it appealed?  Is it still pending?) _N/A_

☐     Approximate date of filing lawsuit: _N/A_

☐     Approximate date of disposition: _N/A_

IV.     Place of present confinement: _Faulkner County Jail, 801 Locust Street, Conway, Ar. 72034_

V.     At the time of the alleged incident(s), were you:
(check appropriate blank)

     _✓_ in jail and still awaiting trial on pending criminal charges

     _____ serving a sentence as a result of a judgment of conviction

     _____ in jail for other reasons (e.g., alleged probation violation, etc.)
     explain: _____

     _____

VI.     The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit.  There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails.  Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A.     Did you file a grievance or grievances presenting the facts set forth in this complaint?

     Yes _✓_   No _____

B.     Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure? _Jail Staff Never responded to the Grievances._

Yes ✓   No ____

If not, why? *No response from Grievances, there is*
*No adequate Grievance procedure here,*

VII.   Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case.  Describe how each defendant is
involved.  Include also the names of other persons involved, dates, and places.  Do not give
any legal arguments or cite any cases or statutes.  If you intend to allege a number of related
claims, number and set forth each claim in a separate paragraph.  (Use as much space as you
need.  Attach extra sheets if necessary.)

*Please review Memorandum In Support and*
*Exhibits A and B for full details of the*
*Claims, Statements, Grounds, Facts In Support*
*of each Ground. The Plaintiff is requesting*
*that the Federal Court will accept the facts*
*presented in the State Court Petition For*
*Writ of Habeas Corpus as actual basis for*
*this Civil Complaint.*

*The fact and Grounds presented in the*
*State Petition are actual Grounds for relief*
*pursuant to Title 42 U.S.C., Section 1983 for*
*Violations of Civil and Constitutional Rights*
*protected by the Eighth and fourteenth*
*Amendments.*

VIII.   Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite
no cases or statutes.

The Plaintiff is seeking the same relief that
was requested in the State Petition For Writ
of Habeas Corpus. See, Exhibit A.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 25th day of August , 20 17 .

Mitchell L. Nutt, Jr.
Plaintiff In Pro se
Signature(s) of plaintiff(s)

-8-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

Mitchell L. Null, Jr.
                    Plaintiff,
V.                              CASE No _____
                                    Civil Complaint
Tim Ryals, Sheriff,
Faulkner County, et al.

MOTION TO ENTER EXHIBIT A
IN SUPPORT OF
TITLE 42 U.S.C. SECTION 1983

1.   The Plaintiff, Mitchell L. Null, Jr.   , being in a
pro se manner, is respectfully requesting to this Honorable
Court to fully review the attached documents being
presented as Exhibit A, the document being the actual
Petition For Writ of Habeas Corpus that the Plaintiff
did attempt to file with the Faulkner County Circuit
Court.

2.   The Plaintiff states that all of the Grounds that
are presented in the State Petition For Writ of
Habeas Corpus are the actual basis for this present
Filing to the United States District Court. Plaintiff

-1-

is further requesting that this Honorable Court will also fully review the "Facts Supporting" each of the Grounds presented in the State Petition For Writ of Habeas Corpus as being supporting facts for this present Civil Complaint.

3.  The Plaintiff's Title 42 Section 1983 Civil Complaint against the Named Respondents/Defendants is for actual violations of the Eighth and Fourteenth Amendments of the United States Constitution as it is clearly and fully stated throughout the Exhibit that is attached here to this present Motion. The Plaintiff is of the belief that with all the facts presented, this Court will be able to determine the merits of each and every claim presented now and was attempted to be presented to the Faulkner County Circuit Court. The Respondents/Defendants did in fact "block" the Plaintiff's access to the State Court by refusal to provide a Notary stamp so the State Court would reject the Plaintiff's Petition.

4.  With all of the facts presented here in and attached here to, the Plaintiff prays that this Honorable Court will in fact issue an ORDER upon the Respondents/Defendants Named herein

-2-

to answer the claims stated against them in this matter. The Plaintiff is extremely limited on obtaining copies, postage and any other materials needed to pursue this matter, as such, the Plaintiff further prays that the Court will order Respondents/Defendants not to obstruct the access to the Courts any further. Plaintiff request any other relief the Court deems proper at this time.

Respectfully Submitted

Dated this 25th day of August, 2017.

Mitchell L. Null, Jr.

## DECLARATION

I Mitchell L. Null, Jr. do hereby state that the foregoing is true and correct to the best of my knowledge.

Dated this 25th day of August, 2017.

Mitchell L. Null Jr.
Faulkner County Jail
801 Locust Street
Conway, Ar, 72034

- 3 -

IN THE CIRCUIT COURT OF
FAULKNER COUNTY
STATE OF ARKANSAS

Mitchell L. Null, Jr.
            Plaintiff,

VS.                           CASE NO_____
                        (Civil Action)

Tim Ryals, Sheriff,
Faulkner County, Respondent.

PLAINTIFF'S PETITION FOR
WRIT OF HABEAS CORPUS

1. Comes Now, the Plaintiff, Mitchell L. Null, Jr., being in a pro se manner, respectfully presenting to this Honorable Court the Plaintiff's Petition For Writ of Habeas Corpus. This Petition For Writ of Habeas Corpus Is based upon actual violations of both, Civil and Constitutional Laws.

JURISDICTION

2. The Respondent and the Plaintiff both do live within this Court's jurisdiction and the violations of Civil and Constitutional laws were in fact committed with in this Court's jurisdiction as well.

- 1 -

## POSSIBLE ADDITIONAL RESPONDENTS

3. The Plaintiff was first arrested by the City of Conway Police Officers, only one of the City Police Officers is known to the Plaintiff as being Officer Myers, there were at least three other City Officers with the names unknown by the Plaintiff at this time, however, the other City Police officers can be identified through records and reports dated July 9th or 10th of 2017. The Plaintiff did in fact suffer from actual injuries by the arresting City Police Officer as a result of excessive force.

4. The Plaintiff was first brought to the County Jail by the City Police Officers, the Jailers at the Jail did call for an Ambalance, the paramedics did determine that the Plaintiff "must" be treated at the local hospital. At the local hospital, the Doctor treated the Plaintiff for neck and back injuries resulting from the Police Officer's beating and excessive force at the time of arrest, The Doctor also penscribed Flexodine and Salaxa for the Plaintiff to take.

5. The Respondent, Tim Ryals is the Sheriff of Faulkner County and is fully liable and responsible for the care and well being of all prisoners that are

- 2 -

in his custody. This includes but not limited to, medical, mental, dental, food, clothing and all other needs of the prisoners. The Respondent has obtained Doctor Gary Stewart to treat the prisoners in the Faulkner County Jail. Dr. Stewart did specifically inform the Plaintiff that the perscriptions orderd by the Doctor at the hospital, Flexodine and Salaxa will not be provided by the Jail or Medical Department because they are expensive. As such, Dr. Stewart may also be added as an additional Respondent durring the process of the court proceedings in this matter.

## GROUNDS FOR COMPLAINT

6. GROUND ONE: The Plaintiff was assaulted by City of Conway Police Officers upon his actual arrest.

7. FACTS IN SUPPORT OF GROUND ONE: The Plaintiff was in hiding from the City Police Officers at first, after the City Police Officers discovered the Plaintiff's where abouts, he totally surendered to the City Police Officers. However, the City Police Officers were not satisfied with the Plaintiff giving him self up, they became extremely aggressive and abusive with the Plaintiff. Several

- 3 -

Officers were involved in throwing the Plaintiff
from a roof top down to the ground, jumping
a top of the Plaintiff driving their knees into
his back and sides, even continued beating
with fist "after" the Plaintiff was hand cuffed
behind his back. The Plaintiff had even blacked
out at some point during the attack by the
City Police Officers. It is the request of the
Plaintiff at this time for the Court to fully
determine if the City Police Officers must
be held liable for their unjustifiable actions
upon arresting the Plaintiff. It is a matter of
record that the Jailers insisted upon book
in that an Ambalance be called and it was
clearly obvious that the Plaintiff suffered from
the injuries inflicted by the City Police Officers.

8. GROUND TWO: The Plaintiff has been totally
denied psychologist care and treatment since
the date of his arrest on or about July 10th,
2017.

9. FACTS IN SUPPORT OF GROUND TWO: It is a well
known fact of law that any person that is in
Jail or Prison is fully entitled to health care, either
medical or mental! In this case, the Plaintiff was
perscribed Salaxa for stablelizing his mental balance
-4-

and such also requires regular sessions with a
professional psychologist. The Plaintiff has not
received any mental treatment what so ever
and was told by Dr. Stewart that the per-
scription for Salaxa will not be refilled. It
has been a serious concern of the higher Courts
and the public where prisoners are being held for
long periods of time in Jails "without" proper
mental care, treatment or medication. The Prisoners
end up being released back into socity as ticking
time bombs, untreated, unmedicated and often
with no place to go for help. More often than
not, when a prisoner is released and is out of
control, it is always the prisoner who is blamed
and "Not" the Sheriff's or other authorities that
denied the treatment or medication. This is
a matter that not only is a concern to the
Plaintiff but the general public as well if the
Respondent is not ordered to treat prisoners
that do have mental problems.


10. GROUND THREE: The Plaintiff was also
denied proper medical treatment from his date
of arrest and such denial continues to this present
date. Dr. Gary Stewart is hired by the Respondent
to treat any and all prisoners detained within the
Faulkner County Jail. The Doctor only comes

-5-

to the Jail once a week and selects only the prisoners that he is willing to see. The Plaintiff was due to see the Doctor on August 10th, 2017, however, the Plaintiff was not on the "Doctor's" selected list.

11. FACTS IN SUPPORT OF GROUND THREE: It was determined at the local hospital the night of Plaintiff's arrest that he did in fact have neck and back injuries resulting from the City Police Officer attack upon him. The neck and back injuries did require on-going treatment and therapy. Dr. Stewart was fully aware of the Plaintiff's medical needs because the local hospital did provide the x-rays, medical reports and instructions to the Jail Medical Department. Dr. Gary Stewart did in fact totally ignore the report and instructions and purposely chose to deny the Plaintiff the medical treatment he needs. Dr. Gary Stewart should also be held in his official capacity as a Respondent in this matter as well.

12. GROUND FOUR: The Sheriff, Tim Ryals and Dr. Gary Stewart have conspired together to cut medical cost at the cost of preventing prisoners from receiving proper medical care or treatment. All Medications are passed out by "Jailers" and

-6-

Not a Doctor, Nurse or anyone trained in the medical field.

13. FACTS IN SUPPORT OF GROUND FOUR: The only goals the Sheriff, Tim Ryals and the Doctor, Gary Stewart has is to ... Save money, cut cost even if such is a danger to the prisoners health. The Jailers are in the Jail facility for the full shift, by having unmedically trained "Jailers" to pass out medication from the "pill cart" four times throughout the day, such saves hiring and paying trained medical staff to distribute the medications, anything from a simple aspirin to Class A Narcotics, insulin, to psyic drugs. It is an actual fact that the Doctor specifically ordered the "Jailers" to have any of the prisoner's needing to use an inhailer for C.O.P.D. to have "only one" inhailer for all prisoners to "share" with each other. Such is a "prime example" of the unprofessional medical instructions given by Dr. Gary Stewart, such extends to the methods in which the Respondent, Tim Ryals and the Doctor do cut cost at the high risk of the prisoner's health and well being.

14. The Plaintiff is fully aware that this Court does in fact have the power and the authority to issue "specific orders" that will correct the

-7-

problems as stated here in and the Court also has the power and authority to "ORDER" specific in depth investigations into the claims stated here in. For any Court to ignore these type of formal Complaints would implicate the Court's involvement with Respondent and others to deprive mental and medical needs of prisoners to save a buck! The Plaintiff is in hopes that the Court will have the Medical Health Officials to do a full and compleate investigation, of both the Sheriff and his Doctor in this matter.

15. GROUND FIVE: The Respondent, Tim Ryals, is fully responsible for the food service department, the quality and preperation of the food for the prisoners. The food served to the Plaintiff and all other prisoners is far below the required daily amount of Calories and "most always" served cold.

16. FACTS IN SUPPORT OF GROUND FIVE: It is a well Known fact that most all prisoners must fully depeand upon the authorities that detain them to feed and take care of all their needs. IN this case, the Respondent has totally failed in providing proper or even healthy type meals, all of the meals are in fact below the required

-8-

amount of Calories and the meals that are to be
served hot are always served cold. Although the
Food service Department does have food carts that
could be plugged in and heated, however, the
carts are never heated. It is also the intentions
of the Respondent for the prisoners to buy the
high priced commissary items to make up for the
lack of food being served to them. This is a
matter which should be fully investigated by the
proper authorities, for any person to remain
hungry is actual cruel and unusual punishment
in violation of the Eighth and Fourteenth Amendment
of the Constitution).

17. GROUND SIX: The Respondent is in direct
violation of all health and safty codes by the
over-populating the Jails in the manner in
which he has. The Plaintiff has has to spend
"several nights" sleeping on the floor, breathing
the dust and mold build up, such is definiately
a health hazard in it self. Prisoner's are having
to sleep next to or directly by toliets that
all othe prisoners use throughout the day and
night, such has greatly increased the amount
of stress and depression upon the Plaintiff
on a daily basis. The over-populated cells and
additional stress and depression upon "all prisoners"

-9-

has caused above normal fights and arguments
between prisoners that otherwise would not
occur if the Jail was not populated above
it's means.

**18.** FACTS IN SUPPORT OF GROUND SIX: It is a well
established fact of law that over populated Jails
do amount to violations of Civil and Constitutional
Rights of all Prisoners. The conditions of such do
create a tremendous amount of stress, brings forth
additional depression, constant fear of fights
or even riots within the Jail, all of such that the
Respondent is totally liable for.

19. As it was stated in Ground Two of this
Petition, both the Respondent and the Jail
Doctor, Gary Stewart, will not provide any type
of mental care for the prisoners in the Jail. It
is a known fact in "this Jail" that when a
prisoner has lost control of his actions, that
prisoner is strapped down in a chair for several
hours at a time then stuck in the hole section
of the Jail for days there after. This is the "only"
treatment the Sheriff and the Doctor offer to
the mentally unstable prisoners. The Plaintiff
as well as other prisoners do have to worry
about such treatment on a daily basis.

-10-

## CLOSING STATEMENT

20. It is a fact that the Jail or the Respondent will not provide a proper Grievance procedure within the Jail, as such, this is the only manner in which the Plaintiff can present a formal complaint. The Plaintiff does have an absolute right to be heard and is full entitled to the relief due to him without delay.

## RELIEF REQUESTED

21. The Plaintiff was injured by the City of Conway Police Officers and there is actual evidence of such by obtaining the medical reports and records from the paramedics and hospital. The Plaintiff is requesting that the arresting officers that caused the injuries be ordered to pay the Plaintiff the amount of $300,000.00 in monetary damages and also the amount of $300,000.00 in punitive damages to the Plaintiff.

22. The Respondent and Doctor Gary Stewart are both liable for their failure, refusal and denial of both medical and mental treatment and the Plaintiff is requesting that both, the Sheriff

-11-

Tim Ryals and Doctor Gary Stewart be ordered to pay the amount of $200,000.00 each in monetary damages and additionally, $200,000.00 in punitive damages to the Plaintiff.

23. The Plaintiff is further requesting that the Court issue an ORDER that the Faulkner County Jails be fully investigated and fully inspected by proper officials. It is further requested that the meals be brought up to proper standards and that all mold and dust be removed from the Jail living and sleeping areas. The Plaintiff request any other relief that the Court deems proper at this time.

Respectfully Submitted

Dated this 14th day of
August, 2017

Mitchell L. Null, Jr
Plaintiff IN Pro se

- 12 -

# PLAINTIFF'S DECLARATION

The Plaintiff, Mitchell L. Null, Jr, do hereby state under the penalty of perjury that all of the facts presented and stated herein are true and correct to the best of my actual knowledge and belief. I do further state that I am unable to obtain a NOTARY stamp in a timely manner, I am incarcerated in the Faulkner County Jail and it takes "several days or even weeks" just to obtain a NOTARY stamp from the Jail Staff. As such, the Plaintiff is requesting that the Court will accept my Petition For Writ of Habeas Corpus in the manner in which it is presented for filing.

Respectfully Submitted

Dated this 14th day of
August, 2017

Mitchell L. Null, Jr
Faulkner County Jail
801 Locust street
Conway, Ar. 72034

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

LITTLE ROCK DIVISION

Mitchell L. Null, Jr.
      Plaintiff,

V.          CASE NO.
                Civil Action

Tim Ryals, Sheriff,
Faulkner County, et al.

MOTION TO ENTER EXHIBIT B
IN SUPPORT OF
TITLE 42 U.S.C. SECTION 1983

1. The Plaintiff, Mitchell L. Null, Jr., being in a pro se manner, is respectfully requesting to this Honorable Court to fully review the attached documents being presented as Exhibit B, the document being Plaintiff's Motion To Proceed IN Forma Pauperis to the State Court, Faulkner County Circuit Court, dated accordingly.

2. The Plaintiff states that the document attached hereto is actual "evidence" that the Plaintiff did in fact make every possible attempt to resolve any and all matters at the Jail and

- 1 -

state Court Levels before reaching out to the Federal Court for help. ONce the Circuit Court Clerk "rejected" the State Petition, the Plaintiff Did attempt to comply with the Court Clerk's instructions, however, the instructions "could not" be followed because the Jail Staff "refused" to provide a NOTARY stamp so that the Petition could be filed and processed.

3. As such, the Plaintiff prays that this Honorable Court will consider all of the facts and actual evidence presented and will grant Plaintiff any and all relief due to him at this time.

Respectfully Submitted

Dated this 25th day of _____ Mitchell L. Null, Jr.

August ___, 2017.

## DECLARATION

I, Mitchell L. Null, Jr. , do hereby state that the foregoing is true and correct to the best of my knowledge and belief.

Dated this 25th day of

August ___, 2017.

Mitchell L. Null Jr.

Faulkner County Jail

801 Locust Street

Conway, Ar. 72034

-2-

IN THE CIRCUIT COURT OF
FAULKNER COUNTY
STATE OF ARKANSAS

Mitchell L. Null, Jr.
            Plaintiff,
VS.                         CASE NO _____
                           (Civil Action)

Tim Ryals, Sheriff
Faulkner County, Respondent.

## PLAINTIFF'S MOTION TO PROCEED
### IN FORMA PAULPERIS

Comes now the Plaintff, Mitchell L. Null, Jr, being in a pro se manner, is respectfully requesting to this Honorable Court to allow Plaintiff's Petition For Writ of Habeas Corpus to proceed without pre payment of Fees or additional cost. The Plaintiff is in fact incarcerated and indigent without funds to pay filing fees or other cost.

The Plaintff has presented valid claims in the form of a Petition For Writ of Habeas Corpys seeking damages entitled to him at this time. It is further a known fact within the Faulkner County Jail that the Grievance procedure within the jail is nothing but a sham and a farce, such

-1-

being non existant for obtaining results or even
a responce. The only avenue the Plaintiff has
to make a valid complaint is doing so in this
present manner.

    Wherefore the Plaintiff prays that this Honorable
Court will grant the Plaintiff's request to proceed
in forma paulperis without delay.

Respectfully Submitted

Dated this 14th day of

August, 2017

Mitchell L. Null, Jr.
Faulkner County Jail
801 Locust Street
Conway, Ar. 72034

-2-

CRYSTAL TAYLOR
FAULKNER COUNTY CIRCUIT CLERK
P.O. BOX 9
CONWAY, AR 72033
PHONE: 501-450-4911
FAX: 501-450-4948
EMAIL:CRYSTAL.TAYLOR@FAULKNERCCOUNTY.ORG

August 17, 2017

MITCHELL L. NULL JR
801 LOCUST ST
CONWAY, AR 72034

RE: FILINGS THAT WERE MAILED TO OUR OFFICE

DEAR MR NULL JR

You will need to also send an order and then I will submit them to the Judge
decide and then we will create a civil case for you. So I am returning the paperwork to
you to resubmit to our office with the order for the Judge.

THIS OFFICE DOES NOT GIVE LEGAL ADVICE OR ASSISTANCE AND CANNOT ASSIST
YOU WITH YOUR CASE. IF YOU HAVE QUESTIONS IN REGARD TO LEGAL PROCEDURE,
YOU MAY WISH TO CONSULT YOUR ATTORNEY OR OTHER COUNSEL FOR ADVICE.

SINCERELY,
CRYSTAL TAYLOR, CIRCUIT CLERK

BY: _____ D.C.

CT/KRO
ENCLOSURES
CC:

**COVER SHEET**
**STATE OF ARKANSAS**
**CIRCUIT COURT: CIVIL**

The civil reporting form and the information contained herein shall not be admissible as evidence in any
court proceeding or replace or supplement the filing and service of pleadings, orders, or other papers as
required by law or Supreme Court Rule. This form is required pursuant to Administrative Order Number 8.
Instructions are available at https://courts.arkansas.gov.

County: *Faulkner*        District: _____        Filing Date: _____
Judge: _____   Division: _____        Case ID: _____

**Type of case (select one that best describes the subject matter)**

**Torts**
- □ (NM) Automobile
- □ (IT) Intentional
- □ (MP) Malpractice – Medical
- □ (MO) Malpractice – Other
- □ (LP) Premises – Liability
- □ (PL) Product Liability
- □ (DF) Slander/Libel/
  Defamation
- □ (OD) Torts – Other

**Contracts**
- □ (BP) Buyer Plaintiff
- □ (EM) Employment Discrimination
- □ (EO) Employment – Other
- □ (DO) Seller Plaintiff (Debt Collection)
- □ (OC) Contract – Other

**Real Property**
- □ (CD) Condemnation/Eminent
  Domain
- □ (UD) Landlord/Tenant
  Unlawful Detainer
- □ (UO) Landlord/Tenant –
  Other
- □ (FC) Mortgage Foreclosure
- □ (QT) Real Property – Other

**Miscellaneous Civil**
- □ (AP) Administrative Appeal
- □ (EL) Election
- □ (FV) Foreign Judgment – Civil
- □ (FR) Fraud
- □ (IJ) Injunction
- □ (CF) Property Forfeiture
- □ (RF) Register Arkansas
  Judgment
- □ (WT) Writ - Other
- ☑ (OM) Civil – Other

| | Plaintiff | | Defendant |
|---|---|---|---|
| Company/ Last Name | *Null* | Company/ Last Name | *Ryals* |
| Suffix | | Suffix | |
| First Name | *Mitchell* | First Name | *Tim* |
| DL/State ID | | DL/State ID | |
| Address | *801 Locust Street* | Address | |
| City, State ZIP | *Conway, Ar. 72034* | City, State ZIP | |
| Phone | | Phone | |
| Email | | Email | |
| Self-represented | ☑ Yes    □ No | Self-represented | □ Yes        □ No |
| DOB | | DOB | |
| Interpreter needed? | □ Yes: _____ ☑ No   (language) | Interpreter needed? | □ Yes: _____ □ No   (language) |

Attorney of Record:_____    Bar #: _____
For the: □ Plaintiff    □ Defendant    □ Intervenor    **Email Address:**
Related Case(s): Judge: _____   Case ID(s):_____
Manner of filing (choose one): ___    □ (MFO) Original          □ (MFR+case type) Re-open
                                        □ (MFT) Transfer          □ (MFF) Reactivate

6/1/2017

IN THE CIRCUIT COURT OF
FAULKNER COUNTY
STATE OF ARKANSAS

Mitchell L. Null, Jr.
        Plaintiff,

VS.                                    CASE NO. _____
                                        ( Civil Action )

Tim Ryals, Sheriff
Faulkner County,
        Respondent/Defendant


PLAINTIFF'S SWORN AFFIDAVIT
FOR LEAVE TO PROCEED IN FORMA PAUPERIS

1. The Plaintiff, Mitchell L. Null, Jr.  , being in a
pro se manner is requesting to the Court at this
time for leave to proceed in forma pauperis in
the above named and styled cause. The Plaintiff
has submitted Plaintiff's Motion To Proceed In Forma
Pauperis in conjunction with this Sworn Affidavit.

2.  The Plaintiff feels that he is entitled to
proceed without cost or prepayment based on

-1-

the fact that he is in fact indigent, wholey without
funds and can in no way obtain any funds due
to his present incarceration. The Plaintiff further
does not own any real property or have any type
of income at this time.

3. I, Mitchell L. Null, Jr. _____, being of sound mind
do hereby state under the penalty of perjury that the
foregoing is true and correct to the best of my knowledge
and belief.

Dated this ____ day of
_____, 2017.                    Mitchell L. Null, Jr.

Subscribed and sworn to me on this ____ day
of ____, 2017

NOTARY FOR THE                My Commission Expires on.
STATE OF ARKANSAS

                              Mitchell L. Null Jr.
                              Faulkner County Jail
                              801 Locust Street
                              Conway, Ar. 72034
              - 2 -

IN THE CIRCUIT COURT OF
FAULKNER COUNTY
STATE OF ARKANSAS

Mitchell L. Null, Jr.,
          Plaintiff

VS.                              CASE NO.
                                    ( Civil Action )

Tim Ryals, Sheriff,
Faulkner County,
          Respondent/Defendant


ORDER TO PROCEED IN FORMA PAUPERIS

The Plaintiff in the above named and styled
cause has requested for leave to proceed in forma
pauperis, after a review of the request, the Court
does hereby grant Plaintiffs request to proceed
without cost or prepayment of fees.


Dated this ____ day of
_____, 2017              Circuit Court Judge