# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**MITCHELL L. NULL, JR.**                                                                 **PLAINTIFF**

VS.                             **4:17-CV-00561-BRW-PSH**

**TIM RYALS,** *et al.*                                                           **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed and the time for doing so has passed.[1] After careful consideration, I adopt as my findings in all respects the Proposed Findings and Partial Recommended Disposition in their entirety.

Accordingly, Plaintiff's claims regarding overcrowded jail conditions are DISMISSED without prejudice for failure to state a claim upon which relief may be granted – Plaintiff may continue to prosecute his claim alleging failure to provide adequate medical care and his claim alleging retaliation.

I certify that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 17th day of October, 2017.

                                                      /s/Billy Roy Wilson
                                       UNITED STATES DISTRICT JUDGE

---

[1] Objections were due Friday, October 13, 2017.