IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MITCHELL L. NULL, JR.                                                                    PLAINTIFF

v.                                       No: 4:17-cv-00561 PSH

TIM RYALS, *et al.*                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 11th day of July, 2018.

_____
UNITED STATES MAGISTRATE JUDGE